# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1001

_____

Ronald D. Clark,                              *
                                              *
                Appellant,                    *
                                              *   Appeal from the United States
        v.                                    *   District Court for the
                                              *   Eastern District of Missouri.
Francis Howell School District,               *
                                              *   [UNPUBLISHED]
                Appellee.                      *

_____

Submitted: October 6, 2005
Filed: October 20, 2005

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ronald D. Clark appeals the district court's[1] dismissal of his employment-discrimination action on res judicata grounds. Upon careful review of the record, we conclude that the dismissal was proper, for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.